**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NOVARTIS CORPORATION | : | |
| | : | |
| | : | |
| v. | : | Civil No. CCB-11-3620 |
| | : | |
| | : | |
| WEBVENTION HOLDINGS LLC & | : | |
| WEBVENTION LLC | : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Webvention's infringement counterclaim is **Dismissed with prejudice** under Federal

   Rule of Civil Procedure 41(a)(2);

2. Webvention's motion to dismiss for lack of subject matter jurisdiction (ECF No. 76) is

   **Granted**;

3. Novartis's motion for judgment on the pleadings (ECF Nos. 69-72) is **Denied as moot**;

4. Novartis's motion for an exceptional case finding (ECF Nos. 69-72) is **Denied without**

   **prejudice**;

5. Novartis is the "prevailing party" within the meaning of section 285 in this case; and

6. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel

   of record.


__6/22/2015 _____                          _____/S/_____
Date                                       Catherine C. Blake
                                           United States District Judge